1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARLOS ARTURO CEDANO,                    )
      #37006-048                              )
                                    )
           Plaintiff,                        )      2:11-cv-01376-KJD-CWH
                                      )
vs.                                      )      **ORDER**
                                      )
CORRECTIONS CORPORATION                  )
OF AMERICA,                              )
                                    )
          Defendant.                        )
_____/

         Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff's action is dismissed without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

         Plaintiff should also note that the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a]

civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

   **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

   **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

   **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

   DATED:  August 29, 2011

_____
UNITED STATES DISTRICT JUDGE